FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2015 MAY -7 P 3: 53

CLERK US DISTRICT COURT
ALEXANDRIA VIRGINIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT K. FULK, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No.: 1:11 Civ. 890 (CMH) (TCB) |
| v. | ) ) | |
| UNITED PARCEL SERVICE, UPS SUPPLY CHAIN, and UPS FREIGHT, | ) ) ) | FILED EX PARTE AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b) |
| Defendants. | ) ) | |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United

States hereby notifies the Court of its decision to intervene in this case for the purpose of settling

the allegations set forth below.

The United States, the Relator, and defendants United Parcel Service, Inc., UPS Supply

Chain, and UPS Freight ("UPS") have entered into a settlement agreement ("Settlement

Agreement") that will result in the dismissal of the action brought on behalf of the United States.

The United States notifies the Court that it is intervening in this action as to the Covered

Conduct as defined in Recitals Paragraph D of the Settlement Agreement. The United States

notifies the Court that it declines to intervene as to the remaining allegations in the Relator's

Complaint brought on behalf of the United States.

Once payments are received under the terms of the Settlement Agreement, the United

States and the Relator will file a Joint Stipulation of Dismissal, dismissing the intervened claims

asserted on behalf of the United States with prejudice to the Relator and with prejudice to the

United States, and dismissing the non-intervened claims alleged on behalf of the United States with prejudice to the Relator and without prejudice to the United States.

Accompanying the Joint Stipulation of Dismissal will be a proposed order dismissing the claims in the Complaint brought by Relator on behalf of the United States and providing for the lifting of the seal.

Dated: May 7, 2015

Respectfully submitted,

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

PETER S. HYUN
KEVIN MIKOLASHEK
Assistant U.S. Attorneys
Counsel for the United States
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:  (703) 299-3737
Fax:  (703) 299-3983
peter.hyun@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2015, a true and correct copy of the

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO**

**DECLINE TO INTERVENE IN PART** was mailed by first-class mail to:

Sebastian A. Hoeges
Julie A. Grohovsky
Shanlon Wu
WU, GROHOVSKY & WHIPPLE
Ronald Reagan International Trade Center
1300 Pennsylvania Ave, N.W.
Suite 700
Washington D.C., 20004

*Counsel for Relator*

PETER S. HYUN
Assistant United States Attorney

3