IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* FULK, | ) ) ) | Case No. 1:11-cv-890 (CMH/TCB) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED PARCEL SERVICE, UPS SUPPLY CHAIN, AND UPS FREIGHT, | ) ) ) ) | |
| Defendants. | ) | |

FILED OCT 19 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## **[PROPOSED] ORDER**

Having considered the Notice of Election to Intervene submitted by California, Chicago, Delaware, Hawaii, Illinois, Massachusetts, Minnesota, Montana, New Mexico, New York, New York City, North Carolina, Virginia, and Washington D.C; and

having considered the Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) submitted by California, Chicago, Delaware, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, New Mexico, New York, New York City, North Carolina, Tennessee, Virginia, and Washington D.C., and Relator Robert K. Fulk; it is hereby

**ORDERED** that the Complaint shall be dismissed with prejudice, subject to the terms in the Settlement Agreement; and it is

**FURTHER ORDERED** that, as set forth in the Settlement Agreement, dismissal of the Complaint with respect to Relator does not include dismissal of Relator's claim to reasonable Attorneys' Fees as set forth in the Settlement Agreement; and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction over UPS's obligation to pay Relator's reasonable Attorneys' Fees; and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement among UPS, California, Chicago, Delaware, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Montana, New Mexico, New York, New York City, North Carolina, Tennessee, Virginia, and Washington D.C., and Relator Robert K. Fulk; and it is

**FURTHER ORDERED** that the Court consents to the dismissal of the action with respect to the claims of the States of California, Minnesota, and Tennessee pursuant to CAL. GOV'T CODE § 12652(c)(1), MINN. STAT. § 15C.05, and TENN. CODE ANN. § 4-18-104(c)(1); and it is

**FURTHER ORDERED** that the Court is granting the dismissal of the action with respect to the claims of the State of Indiana for the reasons stated in the Notice of Dismissal, *see* IND. CODE § 5-11-5.5-4(b); and it is

**FURTHER ORDERED** that the Court approves of the dismissal of the action with respect to the claims of the Commonwealth of Massachusetts pursuant to MASS. GEN. LAWS ch. 12, § 5C(2); and it is

**FURTHER ORDERED** that nothing herein shall disturb the seal that remains in place over documents in the Court's file in this matter.

**IT IS HEREBY SO ORDERED** this 19th day of October, 2015.

Claude M. Hilton
United States District Judge

2